```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 14-04658-RNO
Robert E. Hinkle, Jr.                                               Chapter 13
Christine R. Hinkle
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner            Page 1 of 1           Date Rcvd: Jun 21, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2018.
db/jdb        +Robert E. Hinkle, Jr.,   Christine R. Hinkle,   5091 Hickory View Drive,
                Spring Grove, PA 17362-7868

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2006-NC4, Mortgage Pass-Through Certificates, Series
               2006-NC4 bkgroup@kmllawgroup.com
              Kimberly A Bonner    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2006-NC4, Mortgage Pass-Through Certificates, Series
               2006-NC4 amps@manleydeas.com
              Lawrence V. Young    on behalf of Debtor 2 Christine R. Hinkle lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com
              Lawrence V. Young    on behalf of Debtor 1 Robert E. Hinkle, Jr. lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| ROBERT E. HINKLE JR. : | |
| CHRISTINE R. HINKLE : | Case No. 1:14-bk-04658-RNO |
| : | |
| Debtor : | Chapter 13 |
| : | |

ORDER GRANTING MODIFICATION OF CHAPTER 13 PLAN

UPON CONSIDERATION OF a review of the Motion to Modify second Chapter 13 Plan filed herein, it is hereby

ORDERED that the confirmed Chapter 13 Plan shall be modified and declare completed to allow the Debtors to receive their Discharge.

Dated: June 21, 2018         By the Court,

_Robert N. Opel, II_ (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (DG)

{01474098/1}