Certificate Number: 15317-PAM-DE-031559752

Bankruptcy Case Number: 14-04658



15317-PAM-DE-031559752

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 2, 2018, at 9:29 o'clock PM PDT, Robert E Hinkle completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 2, 2018

By: /s/Mayshiel Dacanay

Name: Mayshiel Dacanay

Title: Certified Counselor