Certificate Number: 15317-PAM-DE-031559753

Bankruptcy Case Number: 14-04658



15317-PAM-DE-031559753

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on September 2, 2018, at 9:29 o'clock PM PDT, Christine R Hinkle completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   September 2, 2018               By:     /s/Mayshiel Dacanay

                                        Name:   Mayshiel Dacanay

                                        Title:  Certified Counselor